# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROLANN ROMANO, : No. 214 MAL 2020
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (POCONO SERVICES FOR :
FAMILIES AND CHILDREN), :
:
Respondents :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal

is **DENIED**.